


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ESTEBAN MARTINEZ-OLIVERA, Defendant. | ) | Criminal Case No. 08CR2176-WQH<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about June 4, 2008, within the Southern District of California, defendant ESTEBAN MARTINEZ-OLIVERA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that *he did represent and state to a United States Customs and Border Protection Officer that he was a United States Citizen, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

[signature] For

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
6/27/08