15

AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN  DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ESTEBAN MARTINEZ-OLIVERA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2176-WQH
08mj1760

    I, ESTEBAN MARTINEZ-OLIVERA, the above named defendant, who is accused of

committing the following offense:

    Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __6/30/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_ESTEVAN Martinez_
Defendant

_Julee A Blair_
Counsel for Defendant

Before _____
        JUDICIAL OFFICER