AO 455(Rev. 5/85) Waiver of Indictment



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ESTEBAN MARTINEZ-OLIVERA | CASE NUMBER: 08CR2176-WQH |

I, ESTEBAN MARTINEZ-OLIVERA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_ESTEVAN Martinez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER